## United States District Court for the Northern District of Illinois

Case Number: 08cv2608    Assigned/Issued By: j. n.

Judge Name: DARRAH    Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00
[ ] IFP    [ ] No Fee    [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2755003

Date Payment Rec'd: 5-6-08    Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    _____
[ ] Citation to Discover Assets    (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

1 Original and 0 copies on 5-7-08 as to EMERALD CONCRETE, INC.
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05