U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 2608
ELISEO ESCAMILLA
v.
EMERALD CONCRETE, INC., MARTIN KEANE,
Individually, and JERRY KEANE, Individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMERALD CONCRETE, INC.,
MARTIN KEANE, Individually,
JERRY KEANE, Individually

| | |
|---|---|
| NAME (Type or print) <br> Davi L. Hirsch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Davi L. Hirsch | |
| FIRM <br> KLEIN DUB & HOLLEB, LTD. | |
| STREET ADDRESS <br> 660 LaSalle Place, Suite 100 | |
| CITY/STATE/ZIP <br> Highland Park, IL  60035 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6182757 | TELEPHONE NUMBER <br> 847-681-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |