## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELISEO ESCAMILLA, | ) |
| | ) |
| Plaintiff, | ) No. 08 CV 2608 |
| | ) |
| v. | ) Judge John W. Darrah |
| | ) |
| EMERALD CONCRETE, INC., | ) Magistrate Judge Schenkier |
| MARTIN KEANE, Individually, and | ) |
| JERRY KEANE, Individually, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   Marty Denis
      BARLOW, KOBATA & DENIS
      525 W. Monroe Street, Suite 2360
      Chicago, Illinois  60661

   On Tuesday, July 22, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Darrah in Room 1203, or in the courtroom usually occupied by said judge in the United States District Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Building at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Agreed Motion to Extend Time To Answer Or Otherwise Plead.

Dated:  July 17, 2008

                                        Respectfully submitted,

                                        EMERALD CONCRETE, INC., MARTIN
                                        KEANE, Individually, and JERRY KEANE,
                                        Individually

                                        By:  s/Davi L. Hirsch
                                        DAVI L. HIRSCH (ARDC #6182757 )
                                        KLEIN DUB & HOLLEB, LTD.
                                        660 LaSalle Place, Suite 100
                                        Highland Park, Illinois 60035
                                        (847) 681-9100
                                        dhirsch@labor-law.com

                                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Davi L. Hirsch, certify that I served this Notice of Motion and Agreed Motion to Extend Time To Answer Or Otherwise Plead on:

> Marty Denis
> BARLOW, KOBATA & DENIS
> 525 W. Monroe Street, Suite 2360
> Chicago, Illinois  60661

via regular U.S. Mail, postage prepaid on or before 5:00 p.m. on July 17, 2008.

By:  s/Davi L. Hirsch

**K:\Emerald Concrete, Inc\Documents\NOM and COS for Motion to Extend Time.doc**