## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2608 | **DATE** | 7/22/08 |
| **CASE TITLE** | Escamilla v. Emerald Concrete, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for extension of time [16] is granted. Defendants have until 8/21/08 to answer or otherwise respond to the complaint. Status hearing set for 8/19/08 is stricken and reset to 9/2/08 at 9 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|